<span style="color:red">EXHIBIT 2</span>

## ALABAMA SJIS CASE DETAIL


alacourt.com

**PREPARED FOR: A. STUARDI, III**
8/27/2025 2:43:37 PM

County: **02**    Case Number: **CV-2025-901927.00**    Court Action:
Style: **MOBILE CO WATER SEWER & FIRE ETC VS SOUTHERN PIPE & SUPPLY CO INC**

Real Time

### Case

#### Case Information

| | | |
|---|---|---|
| County: **02-MOBILE** | Case Number: **CV-2025-901927.00** | Judge: **BBH:BRANDY B HAMBRIGHT** |
| Style: **MOBILE CO WATER SEWER & FIRE ETC VS SOUTHERN PIPE & SUPPLY CO INC** | | |
| Filed: **07/23/2025** | Case Status: **ACTIVE** | Case Type: **BAD FAITH/FRAUD/MISR** |
| Trial Type: **JURY** | Track: **FAST** | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **6** | |

#### Damages

| | | |
|---|---|---|
| Damage Amt: **0.00** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

#### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: **:** | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

#### Comments

Comment 1:
Comment 2:

#### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | LowerCourt Appeal Date: |

#### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **08/22/2025** | Updated By: **NOC** |

### Settings

#### Settings

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 4 | 04/24/2026 | 001 | 09:00 AM | READ - CERT TO BE FILED |

### Parties

**Party 1 - Plaintiff BUSINESS - MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHO**



## Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHO | Type: | B-BUSINESS | |
| Index: | D SOUTHERN PIP | Alt Name: | | Hardship: | No | JID: | BBH |
| Address 1: | C/O ADAMS AND REESE LLP | | | Phone: | (205) 000-0000 | |
| Address 2: | 11 N. WATER STREET | | | | | |
| City: | MOBILE | State: | AL | Zip: | 36602-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Issued Type: | | Reissue: | | Reissue Type: |
| Return: | Return Type: | | Return: | | Return Type: |
| Served: | Service Type | | Service On: | | Notice of No Answer: |
| Answer: | Answer Type: | | Notice of No Service: | | Served By: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | ROS013 | | ROSS JAY MICHAEL | JAY.ROSS@ARLAW.COM | (251) 433-3234 |
| Attorney 2 | RIN007 | | RINGHOFFER AVA LISZT | AVA.RINGHOFFER@ARLAW.COM | (251) 751-0569 |
| Attorney 3 | ZOG005 | | ZOGHBY ALEXANDER GARRETT | GARRETT.ZOGHBY@ARLAW.COM | (251) 433-3234 |

### Party 2 - Defendant BUSINESS - SOUTHERN PIPE & SUPPLY COMPANY, INC. C/O REGISTERE

## Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | SOUTHERN PIPE & SUPPLY COMPANY, INC. C/O REGISTERE | Type: | B-BUSINESS | |
| Index: | C MOBILE COUNT | Alt Name: | | Hardship: | No | JID: | BBH |
| Address 1: | 2 NORTH JACKSON STREET | | | Phone: | (205) 000-0000 | |
| Address 2: | SUITE 605 | | | | | |
| City: | MONTGOMERY | State: | AL | Zip: | 36104-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 07/23/2025 | Issued Type: | F-CERTIFIED MAIL BY FIL | Reissue: | Reissue Type: |
| Return: | Return Type: | | Return: | | Return Type: |
| Served: | Service Type | | Service On: | | Notice of No Answer: |
| Answer: | Answer Type: | | Notice of No Service: | | Served By: |



### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant BUSINESS - MUELLER SYSTEMS, LLC C/O REGISTERED AGENT, CT CORP

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | MUELLER SYSTEMS, LLC C/O REGISTERED AGENT, CT CORP | | Type: | B-BUSINESS | |
| Index: | C MOBILE COUNT | Alt Name: | | Hardship: | No | JID: | BBH |
| Address 1: | 2 NORTH JACKSON STREET | | Phone: | (205) 000-0000 | | | |
| Address 2: | SUITE 605 | | | | | | |
| City: | MONTGOMERY | State: | AL | Zip: | 36104-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 07/23/2025 | Issued Type: | F-CERTIFIED MAIL BY FIL Reissue: | Reissue Type: | |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | 08/06/2025 | Service Type | C-CERTIFIED MAIL | Service On: | Notice of No Answer: Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 4 - Defendant INDIVIDUAL - BARKER BOBBY

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D003-Defendant | Name: | BARKER BOBBY | | Type: | I-INDIVIDUAL | |
| Index: | C MOBILE COUNT | Alt Name: | | Hardship: | No | JID: | BBH |
| Address 1: | 308 FORD ROAD | | Phone: | (205) 000-0000 | | | |
| Address 2: | | | | | | | |
| City: | NOTASULGA | State: | AL | Zip: | 36866-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | M | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |



### Service Information

| | | | |
|---|---|---|---|
| Issued: | 07/23/2025 | Issued Type: | A-PROCESS SERVER |
| Return: | | Return Type: | |
| Served: | 08/10/2025 | Service Type | V-PROCESS SERVER |
| Answer: | | Answer Type: | |

| | | |
|---|---|---|
| Reissue: | Reissue Type: | |
| Return: | Return Type: | |
| Service On: | Notice of No Answer: | |
| Notice of No Service: | Served By: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 5 - Defendant INDIVIDUAL - CARPENTER SCOTT

### Party Information

| Party: | D004-Defendant | Name: | CARPENTER SCOTT | | | Type: | I-INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| Index: | C MOBILE COUNT | Alt Name: | | Hardship: | No | JID: | BBH |
| Address 1: | 108 ST. CHARLES DRIVE | | | Phone: | (205) 000-0000 | | |
| Address 2: | | | | | | | |
| City: | HELENA | State: | AL | Zip: | 35080-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | M | Race: | |

### Court Action

| Court Action: | | | | Court Action Date: | |
|---|---|---|---|---|---|
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | 07/23/2025 | Issued Type: | A-PROCESS SERVER |
| Return: | | Return Type: | |
| Served: | 07/31/2025 | Service Type | V-PROCESS SERVER |
| Answer: | | Answer Type: | |

| | | |
|---|---|---|
| Reissue: | Reissue Type: | |
| Return: | Return Type: | |
| Service On: | Notice of No Answer: | |
| Notice of No Service: | Served By: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 6 - Defendant INDIVIDUAL - PARADIS RANDY

### Party Information

| Party: | D005-Defendant | Name: | PARADIS RANDY | | | Type: | I-INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| Index: | C MOBILE COUNT | Alt Name: | | Hardship: | No | JID: | BBH |
| Address 1: | 4238 SE 44TH AVENUE RD. | | | Phone: | (205) 000-0000 | | |
| Address 2: | | | | | | | |
| City: | OCALA | State: | FL | Zip: | 34480-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | M | Race: | |

### Court Action

| Court Action: | | | | Court Action Date: | |
|---|---|---|---|---|---|
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |



| | Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Issued: | 07/23/2025 | Issued Type: | A-PROCESS SERVER | Reissue: | 08/19/2025 | Reissue Type: | A-PROCESS SERVER |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | | Service Type | | Service On: | | Notice of No Answer: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Served by: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

**Party 7 - Defendant BUSINESS - MUELLER WATER PRODUCTS, INC  C/O REG AGT**

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D006-Defendant | Name: | MUELLER WATER PRODUCTS, INC  C/O REG AGT | | Type: | B-BUSINESS |
| Index: | D SOUTHERN PIP | Alt Name: | | Hardship: | No | JID: | BBH |
| Address 1: | THE CORPORATION TRUST CO. | | Phone: | (205) 000-0000 | | |
| Address 2: | 1209 ORANGE STREET | | | | | |
| City: | WILMINGTON | State: | DE | Zip: | 19801-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Issued: | | Issued Type: | | Reissue: | 08/01/2025 | Reissue Type: | F-CERTIFIED MAIL BY FILER |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | | Service Type | | Service On: | | Notice of No Answer: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Served by: | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | CONV - CONV FEE | C001 | | $15.60 | $15.60 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV00 - CV <= $50K | C001 | | $215.00 | $215.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD - JURY DEMAND | C001 | | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | SERA - SER ADD | C001 | | $40.00 | $40.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM - VADM FEE | C001 | | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $415.60 | $415.60 | $0.00 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/24/2025 | CHGD DUE | SERA - SER ADD | 2025211 | 00000000 | $40.00 | C001 | 000 | Money Order | N | | | TBT |
| 07/24/2025 | CREDIT | CONV - CONV FEE | 2025210 | 71796800 | $15.60 | C001 | 000 | Cash | N | | | TBT |
| 07/24/2025 | RECEIPT | CV00 - CV <= $50K | 2025210 | 71796900 | $215.00 | C001 | 000 | Credit Card | N | | | TBT |
| 07/24/2025 | RECEIPT | JDMD - JURY DEMAND | 2025210 | 71797000 | $100.00 | C001 | 000 | Credit Card | N | | | TBT |
| 07/24/2025 | RECEIPT | SERA - SER ADD | 2025210 | 71797100 | $30.00 | C001 | 000 | Credit Card | N | | | TBT |
| 07/24/2025 | RECEIPT | VADM - VADM FEE | 2025210 | 71797200 | $45.00 | C001 | 000 | Credit Card | N | | | TBT |
| 07/31/2025 | RECEIPT | SERA - SER ADD | 2025216 | 71883200 | $10.00 | C001 | 000 | Check | N | | | BRE |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 7/23/2025 | 6:16 PM | ECOMP | COMPLAINT E-FILED. | ROS013 |
| 7/23/2025 | 6:20 PM | FILE | FILED THIS DATE: 07/23/2025          (AV01) | AJA |
| 7/23/2025 | 6:20 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 7/23/2025 | 6:20 PM | ASSJ | ASSIGNED TO JUDGE: BRANDY B HAMBRIGHT          (AV01) | AJA |
| 7/23/2025 | 6:20 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 7/23/2025 | 6:20 PM | TDMJ | JURY TRIAL REQUESTED          (AV01) | AJA |
| 7/23/2025 | 6:20 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 7/23/2025 | 6:20 PM | EXPD | EXPEDITED STATUS DENIED          (AV01) | AJA |
| 7/23/2025 | 6:20 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 7/23/2025 | 6:20 PM | C001 | C001 PARTY ADDED: MOBILE COUNTY WATER, SEWER & FIR | AJA |
| 7/23/2025 | 6:20 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | C001 | LISTED AS ATTORNEY FOR C001: ROSS JAY MICHAEL | AJA |
| 7/23/2025 | 6:20 PM | C001 | LISTED AS ATTORNEY FOR C001: RINGHOFFER AVA LISZT | AJA |
| 7/23/2025 | 6:20 PM | C001 | LISTED AS ATTORNEY FOR C001: ZOGHBY ALEXANDER GAR | AJA |
| 7/23/2025 | 6:20 PM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D001 | D001 PARTY ADDED: SOUTHERN PIPE & SUPPLY COMPANY, | AJA |
| 7/23/2025 | 6:20 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D001 | CERT MAIL-FIL ISSUED: 07/23/2025 TO D001          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D002 | D002 PARTY ADDED: MUELLER SYSTEMS, LLC C/O REGISTE | AJA |
| 7/23/2025 | 6:20 PM | D002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D002 | CERT MAIL-FIL ISSUED: 07/23/2025 TO D002          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D002 | D002 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D003 | D003 PARTY ADDED: BARKER BOBBY          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D003 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D003 | PROCESS SERVE ISSUED: 07/23/2025 TO D003          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D003 | D003 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D004 | D004 PARTY ADDED: CARPENTER SCOTT          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D004 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D004 | LISTED AS ATTORNEY FOR D004: PRO SE          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D004 | PROCESS SERVE ISSUED: 07/23/2025 TO D004          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D004 | D004 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D005 | D005 PARTY ADDED: PARADIS RANDY          (AV02) | AJA |
| 7/23/2025 | 6:20 PM | D005 | INDIGENT FLAG SET TO: N          (AV02) | AJA |

| 7/23/2025 | 6:20 PM | D005 | LISTED AS ATTORNEY FOR D005: PRO SE       (AV02) | AJA |
|---|---|---|---|---|
| 7/23/2025 | 6:20 PM | D005 | PROCESS SERVE ISSUED: 07/23/2025 TO D005    (AV02) | AJA |
| 7/23/2025 | 6:21 PM | D005 | D005 E-ORDER FLAG SET TO "Y"       (AV02) | AJA |
| 7/24/2025 | 3:17 PM | STYL | MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHO | NOC |
| 7/24/2025 | 3:17 PM | STYL | RITY V. SOUTHERN PIP       (AV01) | NOC |
| 7/24/2025 | 3:17 PM | TRAC | CASE ASSIGNED TO: FAST    TRACK       (AV01) | NOC |
| 7/24/2025 | 3:17 PM | DAT4 | FOR: CERT TO BE FILED ON 04/24/2026 @ 0900A (AV01) | NOC |
| 7/24/2025 | 3:27 PM | D006 | D006 PARTY ADDED: MUELLER WATER PRODUCTS, INC | TBT |
| 7/24/2025 | 3:27 PM | D006 | INDIGENT FLAG SET TO: N | TBT |
| 7/24/2025 | 3:27 PM | D006 | D006 E-ORDER FLAG SET TO "Y"       (AV02) | TBT |
| 7/24/2025 | 3:27 PM | D006 | D006 NAME CHANGED FROM: MUELLER WATER PRODUCTS, IN | TBT |
| 7/31/2025 | 10:16 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 7/31/2025 10:16:23 AM | |
| 8/1/2025 | 9:08 AM | D006 | D006 ADDR1 CHANGED FROM: 2711 CENTERVILLE RD(AV02) | AJA |
| 8/1/2025 | 9:08 AM | D006 | D006 ADDR2 CHANGED FROM: SUITE 400       (AV02) | AJA |
| 8/1/2025 | 9:08 AM | D006 | REISSUE OF CERT MAIL-FI ON 08/01/2025 FOR D006 | AJA |
| 8/1/2025 | 9:08 AM | EALIA | ALIAS SUMMONS E-FILED | ROS013 |
| 8/1/2025 | 9:09 AM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 8/1/2025 | 9:09 AM | ---- | SCANNED - ALIAS SUMMONS - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 8/1/2025 | 9:09 AM | ---- | SCANNED - ALIAS SUMMONS - SUMMONS - E-NOTICE TRANSMITTALS | |
| 8/19/2025 | 10:03 AM | D005 | D005 ADDR1 CHANGED FROM: 3660 NE 45TH PLACE (AV02) | AJA |
| 8/19/2025 | 10:03 AM | D005 | REISSUE OF PROCESS SERV ON 08/19/2025 FOR D005 | AJA |
| 8/19/2025 | 10:04 AM | EALIA | ALIAS SUMMONS E-FILED | ROS013 |
| 8/19/2025 | 10:04 AM | ETRAN | ALIAS SUMMONS - SUMMONS | |
| 8/19/2025 | 10:04 AM | ---- | SCANNED - ALIAS SUMMONS - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 8/19/2025 | 10:04 AM | ---- | SCANNED - ALIAS SUMMONS - SUMMONS - E-NOTICE TRANSMITTALS | |
| 8/21/2025 | 4:42 PM | EMISC | RETURN ON SERVICE - SERVED E-FILED | ZOG005 |
| 8/21/2025 | 4:44 PM | EMISC | RETURN ON SERVICE - SERVED E-FILED | ZOG005 |
| 8/21/2025 | 4:45 PM | EMISC | RETURN ON SERVICE - SERVED E-FILED | ZOG005 |
| 8/21/2025 | 4:47 PM | EMISC | RETURN ON SERVICE - SERVED E-FILED | ZOG005 |
| 8/22/2025 | 8:56 AM | D004 | SERVICE OF PROCESS SERVE ON 07/31/2025 FOR D004 | NOC |
| 8/22/2025 | 8:58 AM | STYL | MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY | NOC |
| 8/22/2025 | 8:58 AM | STYL | VS SOUTHERN PIP       (AV01) | NOC |
| 8/22/2025 | 8:59 AM | D002 | SERVICE OF CERTIFIED MAI ON 08/06/2025 FOR D002 | NOC |
| 8/22/2025 | 8:59 AM | D003 | SERVICE OF PROCESS SERVE ON 08/10/2025 FOR D003 | NOC |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 7/23/2025 6:16:22 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 7/23/2025 6:16:23 PM | 2 | COMPLAINT | | 28 |
| 7/23/2025 6:16:24 PM | 3 | REQUEST FOR ADMISSION(R36) | Plaintiff's First Set of Requests for Admission, Interrogatories and Requests for Production to Defendants | 14 |
| 7/23/2025 6:21:17 PM | 4 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 6 |
| 7/23/2025 6:21:18 PM | 5 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 7 |
| 7/31/2025 10:16:29 AM | 6 | ORDER | E-FILE ORDER | 4 |
| 7/31/2025 10:16:44 AM | 7 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 9 |
| 8/1/2025 9:09:07 AM | 8 | COPY OF COMPLAINT | Complaint | 28 |
| 8/1/2025 9:09:08 AM | 9 | MISC. DOCUMENT | Plaintiff's First Set of Requests for Admission, Interrogatories and Requests for Production to Defendants | 14 |
| 8/1/2025 9:09:18 AM | 10 | ALIAS SUMMONS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 9 |
| 8/1/2025 9:09:20 AM | 11 | ALIAS SUMMONS - SUMMONS | E-NOTICE TRANSMITTALS | 2 |
| 8/19/2025 10:04:33 AM | 12 | COPY OF COMPLAINT | Complaint | 28 |
| 8/19/2025 10:04:34 AM | 13 | MISC. DOCUMENT | Plaintiff's First Set of Requests for Admission, Interrogatories, and Requests for Production to Defendants | 14 |
| 8/19/2025 10:04:49 AM | 14 | ALIAS SUMMONS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 9 |

| 8/19/2025 10:04:52 AM | 15 | ALIAS SUMMONS - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
|---|---|---|---|---|
| 8/21/2025 4:42:44 PM | 16 | RETURN ON SERVICE - SERVED | Return of Service upon Bobby Barker of Plaintiff's Complaint and First Set of Requests for Admission, Interrogatories and Requests for Production | 1 |
| 8/21/2025 4:42:52 PM | 17 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 10 |
| 8/21/2025 4:44:44 PM | 18 | RETURN ON SERVICE - SERVED | Return of Service upon Mueller Systems, LLC of Plaintiff's Complaint and First Set of Requests for Admission, Interrogatories and Requests for Production | 1 |
| 8/21/2025 4:44:47 PM | 19 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 10 |
| 8/21/2025 4:46:09 PM | 20 | RETURN ON SERVICE - SERVED | Return of Service upon Southern Pipe & Supply Company of Plaintiff's Complaint and First Set of Requests for Admission, Interrogatories and Requests for Production | 1 |
| 8/21/2025 4:46:20 PM | 21 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 10 |
| 8/21/2025 4:47:43 PM | 22 | RETURN ON SERVICE - SERVED | Return of Service upon Scott Carpenter of Plaintiff's Complaint and First Set of Requests for Admission, Interrogatories and Requests for Production | 1 |
| 8/21/2025 4:47:54 PM | 23 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 10 |

 *END OF THE REPORT*

ELECTRONICALLY FILED
7/23/2025 6:16 PM
02-CV-2025-901927.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
ASHLEIGH LONG, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93    Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>02<br><br>Date of Filing:<br>07/23/2025 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

**MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY v. SOUTHERN PIPE & SUPPLY COMPANY,**

**First Plaintiff:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☑ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER

R ☐ REMANDED      T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ YES  ☐ NO      **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

ROS013 

7/23/2025 6:16:21 PM
Date

/s/ JAY MICHAEL ROSS
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES  ☑ NO



AlaFile E-Notice

02-CV-2025-901927.00

To:  JAY MICHAEL ROSS
     jay.ross@arlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY V. SOUTHERN PIP
02-CV-2025-901927.00

The following complaint was FILED on 7/23/2025 6:16:23 PM

Notice Date:     7/23/2025 6:16:23 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To: BOBBY BARKER
308 FORD ROAD
NOTASULGA, AL, 36866

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY V. SOUTHERN PIP
02-CV-2025-901927.00

The following complaint was FILED on 7/23/2025 6:16:23 PM

Notice Date:    7/23/2025 6:16:23 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To: SCOTT CARPENTER
108 ST. CHARLES DRIVE
HELENA, AL, 35080

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY V. SOUTHERN PIP
02-CV-2025-901927.00

The following complaint was FILED on 7/23/2025 6:16:23 PM

Notice Date:    7/23/2025 6:16:23 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  RANDY PARADIS
     3660 NE 45TH PLACE
     OCALA, FL, 34479

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY V. SOUTHERN PIP
02-CV-2025-901927.00

The following complaint was FILED on 7/23/2025 6:16:23 PM

Notice Date:    7/23/2025 6:16:23 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  SOUTHERN PIPE & SUPPLY COMPANY, INC. C/O REGISTERED /
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY V. SOUTHERN PIP
02-CV-2025-901927.00

The following complaint was FILED on 7/23/2025 6:16:23 PM

Notice Date:     7/23/2025 6:16:23 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  MUELLER SYSTEMS, LLC C/O REGISTERED AGENT, CT CORPO
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY V. SOUTHERN PIP
02-CV-2025-901927.00

The following complaint was FILED on 7/23/2025 6:16:23 PM

Notice Date:    7/23/2025 6:16:23 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2025-901927.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
**MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY V. SOUTHERN PIP**

**NOTICE TO:** BOBBY BARKER, 308 FORD ROAD, NOTASULGA, AL 36866

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAY MICHAEL ROSS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 1348, MOBILE, AL 36633

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[☑] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request below of _____ pursuant to the Alabama Rules of Civil Procedure.  *[Name(s)]*

| 07/23/2025 | /s/ ASHLEIGH LONG | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

[ ] Return receipt of certified mail received in this office on _____

*(Date)*

*Personal/Authorized*

[ ] I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

Document left:

[ ] with above-named Defendant;

[ ] with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

[ ] I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

[ ] the above-named Defendant;

[ ] an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2025-901927.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY V. SOUTHERN PIP

**NOTICE TO:** SCOTT CARPENTER, 108 ST. CHARLES DRIVE, HELENA, AL 35080

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAY MICHAEL ROSS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 1348, MOBILE, AL 36633

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[x] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request below of _____
pursuant to the Alabama Rules of the Civil Procedure.                                                              *[Name(s)]*

| 07/23/2025 | /s/ ASHLEIGH LONG | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

[ ] Certified Mail is hereby requested.    _____

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

[ ] Return receipt of certified mail received in this office on _____

*(Date)*

*Personal/Authorized*

[ ] I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____

*(First and Last Name of Person Served)*          *(Name of County)*                          *(Date)*

Document left:

[ ] with above-named Defendant;

[ ] with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

[ ] I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*          *(Name of County)*                          *(Date)*

[ ] the above-named Defendant;

[ ] an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2025-901927.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY V. SOUTHERN PIP

**NOTICE TO:** RANDY PARADIS, 3660 NE 45TH PLACE, OCALA, FL 34479

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAY MICHAEL ROSS

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 1348, MOBILE, AL 36633

*(Address(es) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of _____ pursuant to the Alabama Rules of the Civil Procedure. *(Name(s))*

| 07/23/2025 | /s/ ASHLEIGH LONG | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☐ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| _____ | _____ | _____ |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| _____ | _____ | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| _____ | _____ | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2025-901927.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY V. SOUTHERN PIP

**NOTICE TO:** SOUTHERN PIPE & SUPPLY COMPANY, INC. C/O REGISTERED AGENT, CT CORPORATION SYSTEM, 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAY MICHAEL ROSS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 1348, MOBILE, AL 36633

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of

pursuant to the Alabama Rules of the Civil Procedure.

MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY
*[Name(s)]*

| 07/23/2025 | /s/ ASHLEIGH LONG | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ JAY MICHAEL ROSS

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

in _____ County, Alabama on _____

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2025-901927.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY V. SOUTHERN PIP

**NOTICE TO:** MUELLER SYSTEMS, LLC C/O REGISTERED AGENT, CT CORPORATION SYSTEM, 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAY MICHAEL ROSS                                                                                                    ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 1348, MOBILE, AL 36633

*(Address(es) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of

MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 07/23/2025 | /s/ ASHLEIGH LONG | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ JAY MICHAEL ROSS

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____

*(First and Last Name of Person Served)*          *(Name of County)*          *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*          *(Name of County)*          *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*          *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Telephone Number of Designated Process Server)*

ELECTRONICALLY FILED
7/31/2025 10:16 AM
02-CV-2025-901927.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
ASHLEIGH LONG, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHO, Plaintiff, | ) ) ) |
| V. | ) Case No.:    CV-2025-901927.00 |
| | ) |
| SOUTHERN PIPE & SUPPLY COMPANY, INC. C/O REGISTERE, MUELLER SYSTEMS, LLC C/O REGISTERED AGENT, CT CORP, BARKER BOBBY, CARPENTER SCOTT ET AL, Defendants. | ) ) ) ) ) ) ) |

## PRETRIAL ORDER: JURY AND NON-JURY CASES
## IN THE CIRCUIT COURT OF MOBILE COUNTY
## BEFORE JUDGE BRANDY HAMBRIGHT

In **all** pending cases before Judge Hambright, the following Pretrial Order will apply. This Order is in addition to the Fast Track Order or General Pretrial Order that may be filed with this case. To the extent this Pretrial Order conflicts with the Fast Track or the General Order, this Pretrial Order is the governing Order.

Fast Track Order:

1.    If any party objects to inclusion in the Fast Track System, the Court requires the party to file a Motion to Exclude along with a Proposed Scheduling Order.   (See ¶ 9 below). At a minimum, the Proposed Scheduling Order must provide a proposed trial date (or month), the length of the trial, dispositive motion cut-off dates (see ¶ 5 below), factual discovery cut-off dates, expert discovery cut-off dates, and any limitations on discovery or exhibits. If the parties cannot agree on a Scheduling Order, the Court will conduct a Rule 16 conference to finalize one.

2.    If case remains in the Fast Track system, the Court expects the parties to comply with the time constraints set forth in that Order. Once a party files a Motion to Set the Matter for Trial and a Certificate of Readiness, the Court will grant the motion, subject to any objection, provide a trial date, and assign the case to a mediator to be mediated within 60 days.   If the mediation is unsuccessful, the parties are required to file a report with the Court.

3.    If the parties anticipate that preparing for trial will take more than eighteen months, the parties must file a motion for a Rule 16 conference.

**All Jury Trial Cases:**

4.      If at any time while the action is pending either party anticipates that the jury trial will take more than 5 days, that party must file a motion for a Rule 16 conference.

5.      The Court requires any dispositive motion to be filed at least 60 days before trial. Any dispositive motion filed after this deadline will not be considered before trial. The parties may not deviate by agreement from this rule without expressly seeking and receiving the court's permission.

6.      The Court will conduct a Pretrial Conference approximately ten days prior to the trial setting. The attorney(s) who will be trying the case must attend the Pretrial Conference. The Court will issue a pretrial order after the conference addressing exchange of pre-marked exhibits, witness lists, jury charges, deposition testimony use and other procedural trial issues.

7.      All Motions to Strike and Motions in Limine must be filed at least 14 days before the start of trial. The Court will set these motions for a hearing prior to the first day of trial.

**All Cases:**

8.      All pleadings and evidentiary support must be e-filed. The Court will not accept paper-filed pleadings unless the Court has given counsel prior written permission.

9.      Motions must be accompanied with a proposed order **filed as a proposed order**. The Court cautions the attorneys that when e-filing proposed orders, the proposed order cannot be filed within the body of the motion or as an "attachment" or an "exhibit" to the pending motion. It must be filed as a "proposed order." If the attorneys experience difficulty with this, see User Manual at http://efile.alacourt.gov/media/1101/alafile-user-manual.pdf.

10.     Motions for service by publication must be properly supported by an affidavit setting forth the facts averring avoidance of service. *See Fisher v. Amaraneni*, 565 So. 2d 84 (Ala. 1990); *Wagner v. White*, 985 So. 2d 458 (Ala. Civ. App. 2007).

11.     Prior to requesting a continuance for a motion or trial setting, the requesting party must confer with opposing counsel and indicate the result of the conference in the Motion to Continue.

12.     Counsel must confer the night before or the morning of a scheduled hearing on any discovery dispute and attempt to resolve the discovery dispute or narrow down the disputed issues. As a general rule, this Court highly disfavors unsupported "boilerplate" objections such as the request is irrelevant, vague, ambiguous, overly broad, unduly burdensome, or unlikely to lead to the discovery of admissible evidence. Objections to a discovery request must be specific and supported by detailed explanation of why the discovery request is improper. *Ex Parte Dorsey Trailers Inc.*, 397 So. 2d 98 (Ala. 1981). Further, answering a discovery request subject to or reserving a general objection will be deemed a waiver of that objection. See Wright, Miller & Marcus, Fed Prac & Proc, Civil §2173 ("A voluntary answer to an interrogatory is also a waiver of the objection.").

13.     Protective Orders containing provisions to seal court records and motions to seal court filings must be set for a hearing during which the party requesting to seal the records must provide clear and convincing evidence that the documents should be sealed.  See *Holland v. EADS*, 614 So. 2d 1012 (Ala 1993).

14.     The Court may request the parties e-mail proposed orders on certain issues directly to the Court. Any proposed orders sent to the Court through e-mail must be attached as a ".doc" in Microsoft Word format and counsel for opposing parties must copied on the e-mail.

15.     Only documents filed as a "motion" appear in the Court's motion queue for review because of the nature of the Alacourt system. Documents filed as "other," "miscellaneous," "discovery," or "amended complaint/answer" (such as stipulations of dismissal, notice of removal, etc.) will appear in the case action summary sheet, but the Court has no notice that such a document has been filed.  If Court action is required in conjunction with any pleadings, it needs to be filed as a "motion."

**Additional Rules Applicable to Workers Compensation Cases:**

1.     The parties must notify the Court when the plaintiff is at Maximum Medical Improvement.  All cases will be mediated prior to trial on the merits and then set for trial within 90 days of notification of an unsuccessful mediation.

2.     Motions to Compel filed where liability is disputed will be treated as a Request for Trial on the merits on liability only.

3.     At the close of evidence in any case, the Court will request the parties submit through e-mail proposed Findings of Fact and Conclusions of Law to the Court. (See ¶ 14 above).

**Additional Rules Applicable to Non-Jury Account Collection, Contract, Ejectment, and "Other" Similar Cases:**

1.     Service shall be perfected within 120 days or the case will be dismissed. Motions to Extend the Time for Service must be accompanied by an affidavit about service attempts and a proposed order.  See ¶ 9 above.  Motion for service by publication must be properly supported.  See ¶ 10 above.

2.     Once the Defendant(s) is served and fails to answer, the Court expects dispositive motions to be filed within 90 days of service.  Motions for default must be supported appropriately and a proposed order filed.  See ¶ 9 above.  See *Thomas v. American Express Bank, FSB*, 139 So. 3d 809 (Ala. Civ. App. 2013).

3.     Once the Defendant(s) is served and answers, the Court expects either a dispositive motion such as summary judgment or a request to set the case for trial within 90 days of the answer.

DONE this 31st day of July, 2025.

/s/ BRANDY B HAMBRIGHT
CIRCUIT JUDGE



AlaFile E-Notice

02-CV-2025-901927.00

Judge: BRANDY B HAMBRIGHT

To:  ROSS JAY MICHAEL
     jay.ross@arlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following matter was FILED on 7/31/2025 10:16:23 AM

Notice Date:      7/31/2025 10:16:23 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

Judge: BRANDY B HAMBRIGHT

To:  RINGHOFFER AVA LISZT
     ava.ringhoffer@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following matter was FILED on 7/31/2025 10:16:23 AM

Notice Date:      7/31/2025 10:16:23 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

Judge: BRANDY B HAMBRIGHT

To:  ZOGHBY ALEXANDER GARRETT
garrett.zoghby@arlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following matter was FILED on 7/31/2025 10:16:23 AM

Notice Date:    7/31/2025 10:16:23 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

Judge: BRANDY B HAMBRIGHT

To:   SOUTHERN PIPE & SUPPLY COMPANY, INC. C/O REGISTERE (P
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following matter was FILED on 7/31/2025 10:16:23 AM

Notice Date:      7/31/2025 10:16:23 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

Judge: BRANDY B HAMBRIGHT

To: MUELLER SYSTEMS, LLC C/O REGISTERED AGENT, CT CORP (I
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following matter was FILED on 7/31/2025 10:16:23 AM

Notice Date:    7/31/2025 10:16:23 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

Judge: BRANDY B HAMBRIGHT

To: BARKER BOBBY (PRO SE)
308 FORD ROAD
NOTASULGA, AL, 36866-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following matter was FILED on 7/31/2025 10:16:23 AM

Notice Date:    7/31/2025 10:16:23 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

Judge: BRANDY B HAMBRIGHT

To:  CARPENTER SCOTT (PRO SE)
     108 ST. CHARLES DRIVE
     HELENA, AL, 35080-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following matter was FILED on 7/31/2025 10:16:23 AM

Notice Date:    7/31/2025 10:16:23 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

Judge: BRANDY B HAMBRIGHT

To: PARADIS RANDY (PRO SE)
3660 NE 45TH PLACE
OCALA, FL, 34479-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following matter was FILED on 7/31/2025 10:16:23 AM

Notice Date:     7/31/2025 10:16:23 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

Judge: BRANDY B HAMBRIGHT

To: MUELLER WATER PRODUCTS, INC C/O REG AGT (PRO SE)
2711 CENTERVILLE RD
SUITE 400
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following matter was FILED on 7/31/2025 10:16:23 AM

Notice Date:     7/31/2025 10:16:23 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



ELECTRONICALLY FILED
8/1/2025 9:08 AM
02-CV-2025-901927.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
ASHLEIGH LONG, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY, | * * * * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: _____ |
| | * | |
| MUELLER SYSTEMS, LLC; MUELLER WATER PRODUCTS, INC.; SOUTHERN PIPE & SUPPLY COMPANY, INC.; SCOTT CARPENTER; BOBBY BARKER; RANDY PARADIS, and JOHN DOES 1-10 | * * * * * * * | |
| Defendants. | * | |

---

## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO DEFENDANTS

---

**COMES NOW**, Plaintiff, Mobile County Water, Sewer & Fire Protection Authority, Inc. (hereinafter "Mobile County Water" and/or "Plaintiff"), pursuant to Rule 33, 34, and 36 of the *Alabama Rules of Civil Procedure* hereby propounds the following requests for admission, interrogatories, and requests for production to Defendants Mueller Systems, LLC, Mueller Water Products, Inc., Southern Pipe & Supply Company, Inc., Scott Carpenter, Bobby Barker, and Randy Paradis (hereinafter collectively referenced as "Defendants") to be answered separately and fully in writing, under oath, within the time limits provided by law:

## DEFINITIONS & INSTRUCTIONS

**(a)  Definitions:**

As used herein:

1.  "Plaintiff" and/or "Mobile County Water" shall mean Mobile County Water, Sewer & Fire Protection Authority Inc.

2.  "Mueller System(s)" shall mean Mueller Systems, LLC.

3.  "Southern" and/or "Southern Pipe" shall mean Southern Pipe & Supply Company, Inc.

4.  "Carpenter" shall mean Scott Carpenter.

5.  "Barker" shall mean Bobby Barker.

6.  "Paradis" shall mean Randy Paradis.

7.  "You," "Your," and/or "Defendant(s)" shall mean the named parties (*i.e.*, Mueller Systems, LLC, Mueller Water Products, Inc., Southern Pipe & Supply Company, Inc., Scott Carpenter, Bobby Barker, and Randy Paradis) to whom this discovery is addressed and every other entity or individual who, because acting as a representative of such party, can be required by such party to furnish such party with information.

8.  "Person" shall mean any individual, corporation, company, partnership, firm, association or other business, governmental or legal entity.

9.  "Document" and "Documentation" shall mean any written, recorded, transcribed, punched, taped, typed, filmed or graphic matter of any kind or description, however stored (including, but limited to, electronically stored information) and however produced or reproduced. Furthermore, it shall include any "writings" and "tangible things", and shall have the broadest possible meaning and interpretation and shall, without limitation mean and refer to any written, printed, typed, photostatic, photographed, recorded, computer generated, computer-stored, or otherwise maintained record or communication, correspondence, or representation, including (i) any data compilation in any form, whether comprised of letters, words, numbers, pictures, sounds,

2

bytes, emails, electronic signals or impulses, electronic data, active files, deleted files, file fragments, or any combination thereof; (ii) all memoranda, notes, records, letters, envelopes, telegrams, messages, studies, analyses, contracts, agreements, projections, estimates, working papers, accounts, analytical records, reports and/or summaries of investigations, opinions or reports of consultants, opinions or reports of experts, opinions or reports of accountants, other reports, trade letters, press releases, comparisons, books, diaries, articles, magazines, newspapers, booklets, brochures, pamphlets, circulars, bulletins, notices, forecasts, drawings, diagrams, instructions, minutes of meetings or communications of any type; (iii) video files, audio files, inter- and intra-office communications, questionnaires, surveys, charts, graphs, photographs, phonographs, films, tapes, discs, data cells, drums, printouts and all other compiled data (translated, if necessary, through intermediary or other devices into usable forms); (iv) any records or information maintained on, stored in or generated on any electronic transfer or storage system, any preliminary versions, drafts or revisions of any of the foregoing; (v) and other writings or Documents of whatever description or kind, whether prepared by Defendants or authorized by or on behalf of Defendants, all non-identical copies and drafts of any of the above-described Documents currently or formerly in the possession, custody or control of Defendants, or the former or present directors, officers, counsel, agents, employees, partners, consultants, principals, and/or persons acting on Defendants' behalf.

      10.    "Address" shall mean both current address and last known address.

      11.    "Communications" shall mean any type of communication whatsoever, regardless of whether it is written or verbal and regardless of whether it is maintained in hard-copy or electronic format. Communications include, but are not limited to, emails (and their attachments), text messages,

social media messages, instant messenger messages, voicemails, calendar invitations, letters, memoranda, contracts, and any other communication of any kind or nature.

12. "Correspondence" means any document, as defined in paragraph "9" above, exchanged or intended to be exchanged by the sender/drafter/author/speaker, including all handwritten, typed, computer generated, or orally transmitted letters, notes, memoranda, text messages, emails, conversations, electronic chats, electronic messages, social media posts, phone calls, voicemail messages or other means of exchanging information between more than one person as defined in paragraph "8" above.

13. "Identify," when used with regard to a document, shall mean to provide as much of the following information about said document as is known to you or reasonably ascertainable by you: (a) the date of such document; (b) the author of such document; (c) the recipient of such document; (d) all addressees and the addresses to whom the document were sent; (e) the name, address and telephone number of the present custodian of the document; and (f) a detailed summary of the subject matter of such document.

14. "Relating to" or "related to" as used herein means and includes referring to, regarding, commenting on, connected with, bearing upon, leading to, dealing with, evidencing, discussing, covering, representing, or mentioning in any way whatsoever, directly or indirectly.

15. "Or" as used herein should not be read so as to eliminate any part of any Request, or as permitting the option of responding to any part of any Request (e.g., by answering as to only one of the terms separated by "or"); rather, whenever applicable, "or" should be read as having the same meaning as the word "and."

16. "Complaint" means the instant lawsuit filed by Plaintiff.

4

17.    "Mueller Master Agreement" and/or "Master Agreement" means the contract entered on November 9, 2016 between Mueller Systems, LLC and Mobile County Water, Sewer, and Fire Protection Authority, Inc.

18.    "Service Agreement" means the Annual Service and Maintenance Agreement Mobile County Water and Mueller Systems entered into under which Mueller Systems agreed to provide technical support services, both contractual and warranty, for the AMI System and its associated software, documentation, services, and equipment including, but not limited to, water meters.

19.    "Mueller Proposal" means the proposal Mueller Systems, LLC submitted in response to Mobile County Water's Request for Proposal for Contract No.448900, Task 00008.

20.    "AMI system" shall mean the Advanced Metering Infrastructure System and its associated software, documentation, services, and equipment including, but not limited to, water meters.

21.    "Software" means the object code versions of Mueller Systems' software identified in Appendix A of the Master Agreement together with all subsequent authorized updates, replacements, modifications or enhancements.

22.    "Documentation" means the user guides, reference manuals, and installation materials provided by Mueller Systems to Mobile County Water or other AMI system customers related to the software and equipment.

23.    "Services" means activities related to deployment an installation services, repair services, hosting services and technical support/maintenance services as provided by Mueller Systems and as identified in Appendix B of the Master Agreement.

5

24.    "Equipment" means the components, devices, products, equipment, and related items provided by Mueller Systems in Appendix A of the Master Agreement.

25.    "Warranty" shall mean the warranties that were expressed, inferred, and/or referenced in any meetings, presentations, discussions, and/or contracts, including, but not limited to the Proposal and Master Agreement.

26.    "Mueller Limited Warranty" shall mean the warranty in the Master Agreement.

27.    Each request that requires production of an email also requires production of the email's attachment(s).

28.    If any information sought is withheld because you claim that such information is privileged, for all such information and/or each such document, state: (a) its date and type (*e.g.* letter, memorandum, etc.); (b) its author; (c) to whom it is addressed; (d) all copy addresses; (e) all other persons who have received, copied, or have otherwise been permitted to see all or part of the original or any portion thereof; (f) the description of the subject matter discussed, described, or referred to therein; (g) the specific reason why you claim it is privileged; and (h) the name of its present custodian.

**(b)  Instructions:**

1.    The Requests and Interrogatories below are of an ongoing and continuing nature. Should you acquire additional documents or information responsive to these Requests and/or Interrogatories, your responses must be updated to include the additional information as provided in the *Alabama Rules of Civil Procedure*.

2.    If a privilege not to respond to a request for information and/or documentation is claimed, identify the information and/or each document as to which the privilege is claimed, the nature of the privilege, and the legal and factual basis for each claim of privilege.

6

3.      If a refusal to provide the requested information or to produce a particular document or documents is based upon a claim of undue burden, identify the documents needed to be searched, the location of the documents, and each person or entity that must be consulted.

4.      Where knowledge of information of a party or parties is requested, such request includes knowledge of such party's agent(s), representative(s) and, unless privileged, his/her/their attorney(s).

5.      To any extent that a discovery request requires you to produce electronically stored data, please produce the data in .pdf format. If production in .pdf format is not possible, please communicate with Plaintiff's counsel <u>before</u> undertaking to transmit the data to Plaintiff or their counsel.

6.      Production of responses should be made within the timeframe allowable pursuant to the applicable *Alabama Rules of Civil Procedure*. The physical address for the production is 11 North Water Street, Suite 23200, Mobile, Alabama 36602.

<u>**REQUESTS FOR ADMISSION**</u>

Plaintiff propounds the following requests for admission to Defendants, and should you answer any request for admission with anything other than an unequivocal "admitted," please describe in detail all facts, evidence, and/or contentions to support your denial.

Admit the following:

1.      Please admit Southern Pipe in conjunction with Mueller Systems submitted the "Proposal" in response to Mobile County Water's Request for Proposal for Contract No.448900, Task 00008.

**RESPONSE:**

2.      Please admit the Proposal stated "The AMI System shall provide 100% coverage of the MCW's service with a guaranteed 98.5% read success rate over a 3-day window."

**RESPONSE:**

3.      Please admit Defendants failed to inform Mobile County Water that Mueller Systems had received numerous return orders for AMI systems and component parts, in particular meters, since at least 2012 and continuing into 2016 – material information that was suppressed from Mobile County Water.

**RESPONSE:**

4.      Please admit the Mueller Limited Warranty guaranteed the equipment and software would be "free of defects in material[(s)] and workmanship" and services would be performed in a "workmanlike manner."

**RESPONSE:**

5.      Please admit the Mueller Limited Warranty guaranteed the equipment and software would be repaired or replaced if it were found to be defective or had an error.

**RESPONSE:**

6.      Please admit the AMI System and its associated software, documentation, services, and equipment including, but not limited to, water meters were and remain defective and not intended for their intended use.

**RESPONSE:**

7.      Please admit as of the date of the filing of the Complaint, more than half of all meters have failed.

**RESPONSE:**

8

**INTERROGATORIES**

1.    Identify all Persons who have any knowledge or information regarding any facts concerning the claims asserted in the Complaint and state as to each Person the nature of his or her knowledge.

**RESPONSE:**

2.    Identify all Documents that mention, refer, reflect, or relate to the repair, replacement, or reperformance of the AMI system and its associated software, services, and equipment including, but not limited to, the water meters purchased by Mobile County Water.

**RESPONSE:**

3.    State with specificity and detail all knowledge You have regarding any malfunction(s) as well as the cause(s) of said malfunction(s) of the AMI System and its associated software, services, and equipment including, but not limited to, water meters purchased by Mobile County Water as well as any other person or entity, and when you first become aware of the cause(s) of the malfunction(s).

**RESPONSE:**

4.    State with specificity and detail any and all action or activity You have undertaken to address the malfunction(s) identified in response to Interrogatory #3.

**RESPONSE:**

5.    Identify by name, address, email, and phone number all other public water utilities, municipalities, governmental entities, or other customers for which You provided services related to the manufacture, sale, installation, or replacement of an AMI System and its associated software, services, and equipment including, but not limited to, water meters and which submitted a claim

9

under the Service Agreement/other similar agreement and/or the Mueller Limited Warranty/other warranty, related to the software, equipment, and services.

**RESPONSE:**

6.     For the entities identified in response to Interrogatory #5, state the date those service and/or warranty claim(s) were submitted, the reason the service and/or warranty claim(s) were submitted, and the resolution(s), if any, that was reached. Additionally, for those service and/or warranty claim(s) involving water meters, state the model name of the meters, the number of the meters originally sold and installed, the number of the meters repaired or replaced, and the dates of the original installation and the replacement of the meters.

**RESPONSE:**

## REQUESTS FOR PRODUCTION

1.     Please produce all Documents identified in or relied upon by You in Your responses to Plaintiff's First Set of Requests for Admission and Interrogatories.

**RESPONSE:**

2.     Please produce a chart showing Your organizational structure.

**RESPONSE:**

3.     Please produce copies of Your document retention policies.

**RESPONSE:**

4.     Please produce copies of all insurance policies under which you are or may be insured for liability with respect to the occurrences complained of in this action.

**RESPONSE:**

5.     Please produce all Documents that mention, refer, reflect, or relate to the occurrences set forth in the Complaint.

10

**RESPONSE:**

6.      Please produce all written memoranda, emails, notes, minutes of any meetings or discussions, and any other Documents concerning the occurrences set forth in the Complaint.

**RESPONSE:**

7      Please produce all Documents that mention, refer, reflect, or relate to the marketing or promotion of AMI system and its associated software, documentation, services, and equipment including, but not limited to, water meters which was provided to Mobile County Water in or around 2016.

**RESPONSE:**

8.      Please produce all Documents that mention, refer, reflect, or relate to the specifications, instructions, or features of the items and services purchased by Mobile County Water in the Master Agreement dated November 9, 2016.

**RESPONSE:**

9.      Please produce all Documents that mention, refer, reflect, or relate to the specifications, instructions, or features of the items/equipment/software repaired and/or replaced by You under the Mueller Limited Warranty, Service Agreement, or due to any other meeting, presentation, discussion, or contract.

**RESPONSE:**

10.     Please produce all Documents that mention, refer, reflect, or relate to the warranty claims submitted by Mobile County Water to You.

**RESPONSE:**

11.     Please produce all Documents that mention, refer, reflect, or relate to the manuals, booklets, instructions, pamphlets, or data sheets concerning the AMI System and its associated

11

software, documentation, services, and equipment including, but not limited to, water meters purchased and used by Mobile County Water.

**RESPONSE:**

      12     Please produce all Documents that mention, refer, reflect, or relate to the analysis of Mobile County Water's AMI System and its associated software, documentation, services, and equipment including, but not limited to, water meters that were conducted by Mueller Systems.

**RESPONSE:**

      13     Please produce all Documents that mention, refer, reflect, or relate to any known defect, malfunction, or problem concerning any AMI System and its associated software, documentation, services, and equipment including, but not limited to, water meters manufactured by Mueller Systems.

**RESPONSE:**

      14     Please produce all Documents that mention, refer, reflect, or relate to any investigation by You or any other entity concerning the malfunction of the AMI System and its associated software, documentation, services, and equipment including, but not limited to, water meters manufactured by Mueller Systems.

**RESPONSE:**

      15     Please produce all Documents that mention, refer, reflect, or relate to any complaint, lawsuit, warranty claim, grievance, or legal action instituted against You concerning the AMI System and its associated software, documentation, services, and equipment including, but not limited to, water meters manufactured by Master Meter.

**RESPONSE:**

16.     Please produce a complete, current and accurate copy of any curriculum vitae, employment history, resume, and/or biography for any expert you intend to use in this case.

**RESPONSE:**

17      Please produce all documents or other information, either used, reviewed or relied upon by your expert(s) in reaching and/or supporting their conclusions regarding the above styled manner.

**RESPONSE:**

18.     Please produce all written documents your expert(s) has created, edited, or prepared in relation to this matter and in support of their opinion, including but not limited to drafts, recordings, memoranda, and notes.

**RESPONSE:**


                          Respectfully submitted,

                          */s/ Jay M. Ross*
                          JAY M. ROSS
                          GARRETT ZOGHBY
                          AVA RINGHOFFER
                          *Attorneys for Plaintiff*


**OF COUNSEL:**
ADAMS AND REESE LLP
11 North Water Street, Suite 23200
Mobile, Alabama 36602
P. O. Box 1348 (36633)
Phone: (251) 433-3234
Fax: (251) 438-7733
jay.ross@arlaw.com
garrett.zoghby@arlaw.com
ava.ringhoffer@arlaw.com

**DEFENDANTS TO BE SERVED BY CERTIFIED MAIL BY FILER AS FOLLOWS:**

SOUTHERN PIPE & SUPPLY COMPANY, INC.
c/o Registered Agent, CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

MUELLER SYSTEMS, LLC
c/o Registered Agent, CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

**DEFENDANTS TO BE SERVED BY PRIVATE PROCESS AS FOLLOWS:**

Bobby Barker
308 Ford Road
Notasulga, AL 36866

Scott Carpenter
108 St. Charles Drive
Helena, AL 35080
Randy Paradis
3660 NE 45th Place
Ocala, FL 34479



AlaFile E-Notice

02-CV-2025-901927.00

To: JAY MICHAEL ROSS
jay.ross@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/1/2025 9:09:00 AM

Notice Date:    8/1/2025 9:09:00 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  MUELLER WATER PRODUCTS, INC C/O REG AGT
     THE CORPORATION TRUST CO.
     1209 ORANGE STREET
     WILMINGTON, DE, 19801

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/1/2025 9:09:00 AM

Notice Date:     8/1/2025 9:09:00 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  SOUTHERN PIPE & SUPPLY COMPANY, INC. C/O REGISTERE (P
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/1/2025 9:09:00 AM

Notice Date:    8/1/2025 9:09:00 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  MUELLER SYSTEMS, LLC C/O REGISTERED AGENT, CT CORP (I
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/1/2025 9:09:00 AM

Notice Date:     8/1/2025 9:09:00 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  BARKER BOBBY (PRO SE)
308 FORD ROAD
NOTASULGA, AL, 36866-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/1/2025 9:09:00 AM

Notice Date:    8/1/2025 9:09:00 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  CARPENTER SCOTT (PRO SE)
     108 ST. CHARLES DRIVE
     HELENA, AL, 35080-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/1/2025 9:09:00 AM

Notice Date:     8/1/2025 9:09:00 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  PARADIS RANDY (PRO SE)
3660 NE 45TH PLACE
OCALA, FL, 34479-0000

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/1/2025 9:09:00 AM

Notice Date:      8/1/2025 9:09:00 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

**AlaFile E-Notice**

02-CV-2025-901927.00

To: RINGHOFFER AVA LISZT
ava.ringhoffer@arlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/1/2025 9:09:00 AM

Notice Date:    8/1/2025 9:09:00 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

AlaFile E-Notice

02-CV-2025-901927.00

To:  ZOGHBY ALEXANDER GARRETT
garrett.zoghby@arlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/1/2025 9:09:00 AM

Notice Date:      8/1/2025 9:09:00 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2025-901927.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP

**NOTICE TO:** MUELLER WATER PRODUCTS, INC C/O REG AGT, THE CORPORATION TRUST CO. 1209 ORANGE STREET, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAY MICHAEL ROSS

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 1348, MOBILE, AL 36633

*(Address(es) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of

MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHO

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 08/01/2025 | /s/ ASHLEIGH LONG | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ JAY MICHAEL ROSS

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |

(Badge or Precinct Number of Sheriff or Constable)     (Telephone Number of Designated Process Server)



AlaFile E-Notice

02-CV-2025-901927.00

To:   JAY MICHAEL ROSS
      jay.ross@arlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/19/2025 10:04:22 AM

Notice Date:    8/19/2025 10:04:22 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

**AlaFile E-Notice**

02-CV-2025-901927.00

To:  RANDY PARADIS
     4238 SE 44TH AVENUE RD.
     OCALA, FL, 34480

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/19/2025 10:04:22 AM

Notice Date:      8/19/2025 10:04:22 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

**AlaFile E-Notice**

02-CV-2025-901927.00

To: SOUTHERN PIPE & SUPPLY COMPANY, INC. C/O REGISTERE (P
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/19/2025 10:04:22 AM

Notice Date:      8/19/2025 10:04:22 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  MUELLER SYSTEMS, LLC C/O REGISTERED AGENT, CT CORP (I
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/19/2025 10:04:22 AM

Notice Date:    8/19/2025 10:04:22 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

AlaFile E-Notice

02-CV-2025-901927.00

To: BARKER BOBBY (PRO SE)
308 FORD ROAD
NOTASULGA, AL, 36866-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/19/2025 10:04:22 AM

Notice Date:    8/19/2025 10:04:22 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  CARPENTER SCOTT (PRO SE)
     108 ST. CHARLES DRIVE
     HELENA, AL, 35080-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/19/2025 10:04:22 AM

Notice Date:      8/19/2025 10:04:22 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To: MUELLER WATER PRODUCTS, INC C/O REG AGT (PRO SE)
THE CORPORATION TRUST CO.
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/19/2025 10:04:22 AM

Notice Date:    8/19/2025 10:04:22 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  RINGHOFFER AVA LISZT
     ava.ringhoffer@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/19/2025 10:04:22 AM

Notice Date:     8/19/2025 10:04:22 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  ZOGHBY ALEXANDER GARRETT
garrett.zoghby@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following alias summons was FILED on 8/19/2025 10:04:22 AM

Notice Date:    8/19/2025 10:04:22 AM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2025-901927.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP

**NOTICE TO:** RANDY PARADIS, 4238 SE 44TH AVENUE RD., OCALA, FL 34480

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAY MICHAEL ROSS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 1348, MOBILE, AL 36633

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[☑] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request below of _____ pursuant to the Alabama Rules of Civil Procedure.
*[Name(s)]*

| 08/19/2025 | /s/ ASHLEIGH LONG | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

[ ] Return receipt of certified mail received in this office on _____
*(Date)*

*Personal/Authorized*

[ ] I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____ .
*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

[ ] with above-named Defendant;

[ ] with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

[ ] I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

[ ] the above-named Defendant;

[ ] an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | **SUMMONS**<br>**- CIVIL -** | C |
|---|---|---|

ELECTRONICALLY FILED
8/21/2025 4:42 PM
02-CV-2025-901927.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
ASHLEIGH LONG, CLERK

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY V. SOUTHERN PIP

**NOTICE TO:** BOBBY BARKER, 308 FORD ROAD, NOTASULGA, AL 36866

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAY MICHAEL ROSS
,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 1348, MOBILE, AL 36633 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[x] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request below of _____
pursuant to the Alabama Rules of the Civil Procedure.                     *[Name(s)]*

| 07/23/2025 | /s/ ASHLEIGH LONG | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

[ ] Certified Mail is hereby requested.  _____

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

[ ] Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

[x] I certify that I personally delivered a copy of this Summons and the Complaint or other document to

Bobby Barker            in    Tallapoosa            County, Alabama on   8/10/25

*(First and Last Name of Person Served)*        *(Name of County)*                    *(Date)*

Document left:

[x] with above-named Defendant;

[ ] with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[ ] at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

[ ] I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*    *(Name of County)*            *(Date)*

[ ] the above-named Defendant;

[ ] an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[x] As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| SPS | *Jason Hall* | Process Delivery Service Inc. |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| | Jason Hall | 8711 US Highway 31 N Kimberly AL 35091 |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| | 205-543-4201  orders@pdsdoc.com | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |



AIaFile E-Notice

02-CV-2025-901927.00

To: ALEXANDER GARRETT ZOGHBY
garrett.zoghby@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:42:29 PM

Notice Date:    8/21/2025 4:42:29 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To: SOUTHERN PIPE & SUPPLY COMPANY, INC. C/O REGISTERE (P
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:42:29 PM

Notice Date:     8/21/2025 4:42:29 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

AlaFile E-Notice

02-CV-2025-901927.00

To:  MUELLER SYSTEMS, LLC C/O REGISTERED AGENT, CT CORP (I
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:42:29 PM

Notice Date:     8/21/2025 4:42:29 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

AlaFile E-Notice

02-CV-2025-901927.00

To:  BARKER BOBBY (PRO SE)
308 FORD ROAD
NOTASULGA, AL, 36866-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:42:29 PM

Notice Date:     8/21/2025 4:42:29 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



**AlaFile E-Notice**

02-CV-2025-901927.00

To: CARPENTER SCOTT (PRO SE)
108 ST. CHARLES DRIVE
HELENA, AL, 35080-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:42:29 PM

Notice Date:     8/21/2025 4:42:29 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To: PARADIS RANDY (PRO SE)
4238 SE 44TH AVENUE RD.
OCALA, FL, 34480-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:42:29 PM

Notice Date:       8/21/2025 4:42:29 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  MUELLER WATER PRODUCTS, INC C/O REG AGT (PRO SE)
THE CORPORATION TRUST CO.
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:42:29 PM

Notice Date:      8/21/2025 4:42:29 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  ROSS JAY MICHAEL
     jay.ross@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:42:29 PM

Notice Date:     8/21/2025 4:42:29 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



**AlaFile E-Notice**

02-CV-2025-901927.00

To:  RINGHOFFER AVA LISZT
     ava.ringhoffer@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:42:29 PM

Notice Date:     8/21/2025 4:42:29 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  ALEXANDER GARRETT ZOGHBY
garrett.zoghby@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:42:29 PM

Notice Date:     8/21/2025 4:42:29 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

DOCUMENT 18

ELECTRONICALLY FILED
8/21/2025 4:44 PM
02-CV-2025-901927.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
ASHLEIGH LONG, CLERK



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mueller Systems, LLC
c/o Registered Agent,
CT Corporation System
2 North Jackson Street, Ste. 605
Montgomery, AL 36104

9590 9402 9300 4295 7872 62

2. Article Number (Transfer from service label)

7021 1970 0001 4746 4221

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
8/1/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**AlaFile E-Notice**

02-CV-2025-901927.00

To: ALEXANDER GARRETT ZOGHBY
garrett.zoghby@arlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:44:27 PM

Notice Date:     8/21/2025 4:44:27 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To: SOUTHERN PIPE & SUPPLY COMPANY, INC. C/O REGISTERE (P
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:44:27 PM

Notice Date:    8/21/2025 4:44:27 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

**AlaFile E-Notice**

02-CV-2025-901927.00

To:  MUELLER SYSTEMS, LLC C/O REGISTERED AGENT, CT CORP (I
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:44:27 PM

Notice Date:      8/21/2025 4:44:27 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



### AlaFile E-Notice

02-CV-2025-901927.00

To: BARKER BOBBY (PRO SE)
308 FORD ROAD
NOTASULGA, AL, 36866-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:44:27 PM

Notice Date:    8/21/2025 4:44:27 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  CARPENTER SCOTT (PRO SE)
     108 ST. CHARLES DRIVE
     HELENA, AL, 35080-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:44:27 PM

Notice Date:     8/21/2025 4:44:27 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To: PARADIS RANDY (PRO SE)
4238 SE 44TH AVENUE RD.
OCALA, FL, 34480-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:44:27 PM

Notice Date:     8/21/2025 4:44:27 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  MUELLER WATER PRODUCTS, INC C/O REG AGT (PRO SE)
     THE CORPORATION TRUST CO.
     1209 ORANGE STREET
     WILMINGTON, DE, 19801-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:44:27 PM

Notice Date:     8/21/2025 4:44:27 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

**AlaFile E-Notice**

02-CV-2025-901927.00

To:  ROSS JAY MICHAEL
jay.ross@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:44:27 PM

Notice Date:    8/21/2025 4:44:27 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To: RINGHOFFER AVA LISZT
ava.ringhoffer@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:44:27 PM

Notice Date:     8/21/2025 4:44:27 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  ALEXANDER GARRETT ZOGHBY
     garrett.zoghby@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:44:27 PM

Notice Date:     8/21/2025 4:44:27 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

ELECTRONICALLY FILED
8/21/2025 4:45 PM
02-CV-2025-901927.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
ASHLEIGH LONG, CLERK

DOCUMENT 20



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Southern Pipe & Supply Company
c/o Registered Agent
CT Corporation System
2 North Jackson Street, Ste. 605
Montgomery, AL 36104

9590 9402 9300 4295 7872 55

2. Article Number (Transfer from service label)
7021 1970 0001 4746 4368

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
H Green                          8/10/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



AlaFile E-Notice

02-CV-2025-901927.00

To:  ALEXANDER GARRETT ZOGHBY
     garrett.zoghby@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:45:50 PM

Notice Date:    8/21/2025 4:45:50 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

AlaFile E-Notice

02-CV-2025-901927.00

To:  SOUTHERN PIPE & SUPPLY COMPANY, INC. C/O REGISTERE (P
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:45:50 PM

Notice Date:     8/21/2025 4:45:50 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  MUELLER SYSTEMS, LLC C/O REGISTERED AGENT, CT CORP (I
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:45:50 PM

Notice Date:      8/21/2025 4:45:50 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To: BARKER BOBBY (PRO SE)
308 FORD ROAD
NOTASULGA, AL, 36866-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:45:50 PM

Notice Date:     8/21/2025 4:45:50 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  CARPENTER SCOTT (PRO SE)
     108 ST. CHARLES DRIVE
     HELENA, AL, 35080-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:45:50 PM

Notice Date:     8/21/2025 4:45:50 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  PARADIS RANDY (PRO SE)
     4238 SE 44TH AVENUE RD.
     OCALA, FL, 34480-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:45:50 PM

Notice Date:     8/21/2025 4:45:50 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  MUELLER WATER PRODUCTS, INC C/O REG AGT (PRO SE)
     THE CORPORATION TRUST CO.
     1209 ORANGE STREET
     WILMINGTON, DE, 19801-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:45:50 PM

Notice Date:    8/21/2025 4:45:50 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  ROSS JAY MICHAEL
     jay.ross@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:45:50 PM

Notice Date:      8/21/2025 4:45:50 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

**AlaFile E-Notice**

02-CV-2025-901927.00

To:  RINGHOFFER AVA LISZT
     ava.ringhoffer@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:45:50 PM

Notice Date:     8/21/2025 4:45:50 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To: ALEXANDER GARRETT ZOGHBY
garrett.zoghby@arlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:45:50 PM

Notice Date:    8/21/2025 4:45:50 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET  9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 7/2023 | SUMMONS<br>- CIVIL - | C<br>0 |
|---|---|---|

ELECTRONICALLY FILED<br>8/21/2025 4:47 PM<br>02-CV-2025-901927.00<br>CIRCUIT COURT OF<br>MOBILE COUNTY, ALABAMA<br>ASHLEIGH LONG, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY V. SOUTHERN PIP

NOTICE TO: SCOTT CARPENTER, 108 ST. CHARLES DRIVE, HELENA, AL 35080

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAY MICHAEL ROSS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 1348, MOBILE, AL 36633

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[X] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request below of _____ *[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

07/23/2025                    /s/ ASHLEIGH LONG                By: _____
*(Date)*                         *(Signature of Clerk)*                          *(Name)*

[ ] Certified Mail is hereby requested.    _____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

| *Certified Mail* |
|---|
| [ ] Return receipt of certified mail received in this office on _____ *(Date)* |

| *Personal/Authorized* |
|---|

[X] I certify that I personally delivered a copy of this Summons and the Complaint or other document to
Jean Carpenter as wife and co-resident    in    Shelby    County, Alabama on    7/31/25
*(First and Last Name of Person Served)*        *(Name of County)*                          *(Date)*

Document left:
- [ ] with above-named Defendant;
- [ ] with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;
- [X] at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

| *Return of Non-Service* |
|---|

[ ] I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)*    *(Name of County)*                          *(Date)*
- [ ] the above-named Defendant;
- [ ] an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

[X] As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| SPS<br>*(Type of Process Server)* | _____<br>*(Server's Signature)* | Process Delivery Service Inc.<br>*(Address of Server)* |
|---|---|---|
| _____<br>*(Badge or Precinct Number of Sheriff or Constable)* | Ray Crump<br>*(Server's Printed Name)* | 8711 US Highway 31 N Kimberly AL 35091 |
| _____<br>*(Badge or Precinct Number of Sheriff or Constable)* | 205-543-4201 orders@pdsdoc.com<br>*(Telephone Number of Designated Process Server)* | |



AlaFile E-Notice

02-CV-2025-901927.00

To: ALEXANDER GARRETT ZOGHBY
garrett.zoghby@arlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:47:22 PM

Notice Date:    8/21/2025 4:47:22 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  SOUTHERN PIPE & SUPPLY COMPANY, INC. C/O REGISTERE (P
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:47:22 PM

Notice Date:     8/21/2025 4:47:22 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420





AlaFile E-Notice

02-CV-2025-901927.00

To:  MUELLER SYSTEMS, LLC C/O REGISTERED AGENT, CT CORP (I
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:47:22 PM

Notice Date:     8/21/2025 4:47:22 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To: BARKER BOBBY (PRO SE)
308 FORD ROAD
NOTASULGA, AL, 36866-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:47:22 PM

Notice Date:     8/21/2025 4:47:22 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To: CARPENTER SCOTT (PRO SE)
    108 ST. CHARLES DRIVE
    HELENA, AL, 35080-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:47:22 PM

Notice Date:    8/21/2025 4:47:22 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  PARADIS RANDY (PRO SE)
     4238 SE 44TH AVENUE RD.
     OCALA, FL, 34480-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:47:22 PM

Notice Date:     8/21/2025 4:47:22 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  MUELLER WATER PRODUCTS, INC C/O REG AGT (PRO SE)
THE CORPORATION TRUST CO.
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:47:22 PM

Notice Date:        8/21/2025 4:47:22 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:   ROSS JAY MICHAEL
      jay.ross@arlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:47:22 PM

Notice Date:      8/21/2025 4:47:22 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  RINGHOFFER AVA LISZT
     ava.ringhoffer@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:47:22 PM

Notice Date:      8/21/2025 4:47:22 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420



AlaFile E-Notice

02-CV-2025-901927.00

To:  ALEXANDER GARRETT ZOGHBY
     garrett.zoghby@arlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

MOBILE CO WATER SEWER & FIRE PROTECTION AUTHORITY VS SOUTHERN PIP
02-CV-2025-901927.00

The following RETURN ON SERVICE - SERVED was FILED on 8/21/2025 4:47:22 PM

Notice Date:    8/21/2025 4:47:22 PM

ASHLEIGH LONG
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET   9TH FLOOR, N TOWER
MOBILE, AL, 36644

251-574-8420